Filed 7-15-11
Clerk, U. S. District Court
Western District of Texas
By _____ Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW VIDAURRI,<br><br>Defendant. | CRIM. NO. SA-11-CR-588-FB<br><br>**I N F O R M A T I O N**<br><br>[Vio:21 U.S.C. § 841(a): Possession with Intent to Distribute Cocaine] |

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
[21 U.S.C. § 841(a)(1)]

On or about June 3, 2010, in the Western District of Texas, Defendant,

**ANDREW VIDAURRI**

did knowingly, intentionally and unlawfully possess, with the intent to distribute, a controlled substance, which offense involved a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

Respectfully submitted,
JOHN E. MURPHY
United States Attorney

By: _____

KAREN NORRIS
Assistant United States Attorney

AFFIDAVIT

I, Paul Ramirez, being duly sworn, depose and state the following:

I am a Special Agent of the Drug Enforcement Administration (DEA), United States Department of Justice. As such, I am "an investigative or law enforcement officer of the United States", within the meaning of Section 2510 (7) of Title 18, United States Code (U.S.C.), that is, an officer of the United States empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18 U.S.C. I have been employed as a Special Agent with the United States Drug Enforcement Administration for over 12 years and presently assigned to the DEA San Antonio District Office.

On June 3, 2010, Bexar County Sheriff's deputies received information that a person named Enrique Castillo was going to be conducting a narcotics transaction. The deputies established surveillance on Castillo and watched as ANDREW VIDAURRI met with Castillo in the Wal Mart parking lot at 1603 Vance Jackson, San Antonio, Texas. Deputies saw VIDAURRI hand Castillo a Nike shoe box. Castillo and VIDAURRI then left the Wal-Mart parking lot in separate vehicles, and both were both subsequently stopped for traffic violations. The shoe box was seized from Castillo's vehicle. The shoe box contained $16,907 in U.S. currency. VIDAURRI later admitted to officers that he had brought the money to Castillo to pay for a quantity of heroin.

FURTHER AFFIANT SAITH NOT.

_____
DEA SA PAUL RAMIREZ

Subscribed and sworn to on this the __15__ day of July, 2011.

_____
PAMELA MATHY
UNITED STATES MAGISTRATE JUDGE